UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Dynasty S. Jackson, | ) CASE NO.: 9:24-cv-02083-DCN |
|           Plaintiff, | ) |
| vs. | ) |
| | ) **NOTICE OF SETTLEMENT** |
| FKG Logistics, LLC, Kazoubi Said, Amazon Logistics, Inc., Amazon Logistics, LLC, Amazon.com, Inc., Amazon.com Services, LLC, Amazon Web Service, Inc. | ) |
|           Defendants. | ) |

COME NOW, Defendants FKG Logistics, LLC and Said Kazoubi, by and through their undersigned counsel, and advise that this matter settled on May 7, 2024. As such, these Defendants hereby request that this Court enter a Rubin Order.

This 15th day of May 2024.

COPELAND, STAIR, VALZ & LOVELL, LLP

*s/Lee C. Weatherly*
LEE C. WEATHERLY
Federal Bar No.: 9389
KIERRA N. BROWN
Federal Bar No.: 12717
40 Calhoun Street, Suite 400
Charleston, SC 29401
***Attorneys for Defendants FKG Logistics, LLC and Said Kazoubi***